(125 So. 922)

**Arthur HUGHES v. STATE. (7 Div. 549.)**

Court of Appeals of Alabama. Jan. 21, 1930.

BRICKEN, P. J. Appeal dismissed.

(128 So. 917)

**Bell HUGHES v. STATE.**
**8 Div. 26.**

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(127 So. 922)

**George B. HUGHES v. STATE.**
**4 Div. 608.**

Court of Appeals of Alabama.
April 8, 1930.

RICE, J.
Affirmed.

(125 So. 922)

**Jack HUGHES v. STATE. (8 Div. 965.)**

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

(123 So. 925)

**George HULGAN v. STATE. (7 Div. 642.)**

Court of Appeals of Alabama. Oct. 8, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(125 So. 922)

**Rob HUNTON v. STATE. (6 Div. 603.)**

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.

(124 So. 922)

**T. M. HUSSEY v. STATE. (4 Div. 520.)**

Court of Appeals of Alabama. Nov. 12, 1929.

SAMFORD, J. Appeal dismissed.

(125 So. 922)

**Luther HUTCHINS v. CITY OF BIRMINGHAM. (6 Div. 630.)**

Court of Appeals of Alabama. Dec. 10, 1929.

SAMFORD J. Affirmed.

(125 So. 922)

**Luther HUTCHINS v. STATE. (6 Div. 682.)**

Court of Appeals of Alabama. Dec. 10, 1929.

See, also, 22 Ala. App. 646, 119 So. 250.

RICE, J. Affirmed.

(128 So. 917)

**Lee HUTTON, alias James Fields, v. STATE.**
**6 Div. 693.**

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Appeal dismissed.